EQUITABLE TRUST CO. v. KIRCHHOFF.

(Supreme Court, Appellate Term, First Department.  March 7, 1913.)

APPEAL AND ERROR (§ 119*)—APPEALABLE ORDER—COSTS ON DISMISSAL.

An order denying a motion to strike from the record a provision allowing costs to defendant in a judgment of dismissal rendered against plaintiff is not appealable; plaintiff's remedy being by motion for retaxation of costs and by appeal from the judgment in case the motion is denied.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 823–839; Dec. Dig. § 119.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by the Equitable Trust Company against Laurence Kirchhoff. From an order of the Municipal Court of the City of New York denying a motion to strike from the record a provision allowing costs to defendant, in a judgment on a dismissal rendered against plaintiff, it appeals. Dismissed.

Argued February term, 1913, before SEABURY, GERARD, and BIJUR, JJ.

McLear & McLear, of New York City (Robert E. McLear, of New York City, of counsel), for appellant.

J. Wilson Bryant, of New York City, for respondent.

BIJUR, J. The plaintiff appeals from an order denying a motion to strike from the record a provision allowing costs to the defendant in a judgment of dismissal rendered against the plaintiff. Such an order is not appealable. The plaintiff should have moved for a retaxation of costs, and, if that motion had been denied, appealed from the judgment. Spiegelman v. Union Ry. Co., 95 App. Div. 92, 88 N. Y. Supp. 478.

Appeal dismissed, with $10 costs. All concur.